Todd Blanche
Deputy Attorney General of the United States
Brandon L. Pang
Assistant United States Attorney
Eastern District of Washington
Post Office Box 1494
Spokane, WA 99210-1494
Telephone: (509) 353-2767

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>CESAR RUIZ,<br><br>Defendant. | 4:26-CR-6012-RLP<br><br>INDICTMENT<br><br>Vio.: 18 U.S.C. §§ 922(g)(1), 924(a)(8)<br>Felon in Possession of<br>Ammunition<br><br>18 U.S.C. § 924(d)(1), 28 U.S.C.<br>§ 2461(c)<br>Forfeiture Allegations |

The Grand Jury charges:

On or about November 17, 2025, in the Eastern District of Washington, the Defendant, CESAR RUIZ, knowing of his status as a person convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess in and affecting commerce, ammunition, to wit:

- 2 rounds of 9mm ammunition bearing head stamp "Blazer 9mm Luger" manufactured in Idaho;

which ammunition had theretofore been transported in interstate and/or foreign commerce, in violation of 18 U.S.C. §§ 922(g)(1), 924(a)(8).

INDICTMENT – 1

NOTICE OF CRIMINAL FORFEITURE ALLEGATIONS

The allegations set forth in this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeitures.

Pursuant to 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c), upon conviction of an offense in violation of 18 U.S.C. §§ 922(g)(1), 924(a)(8), as set forth in this Indictment, the Defendant, CESAR RUIZ, shall forfeit to the United States of America, any ammunition involved or used in the commission of the offense.

DATED this ___ day of March, 2026.

A TRUE BILL

Todd Blanche
Deputy Attorney General

Alison Gregoire
Criminal Chief

Brandon L. Pang
Assistant United States Attorney

INDICTMENT – 2